# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

| | |
|---|---|
| MARGARET ANDERSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 5:19-cv-152-MCR-MJF |
| ) | |
| GC SERVICES, ) | |
| LIMITED PARNTERSHIP, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, MARGARET ANDERSON, ("Plaintiff"), through her attorney, Hormozdi Law Firm, LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses this case against Defendant, GC SERVICES, LIMITED PARTNERSHIP.

RESPECTFULLY SUBMITTED,

July 26, 2019   By:   /s/ Shireen Hormozdi
Shireen Hormozdi
State Bar No: 0882461
Hormozdi Law Firm, LLC
1770 Indian Trail Lilburn Road, Suite 175
Norcross, GA 30093
Tel: 678-395-7795
Fax: 866-929-2434
E-mail: shireen@norcrosslawfirm.com
Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

On July 26, 2019, I electronically filed the Notice of Voluntary Dismissal with the Clerk of the U.S. District Court, using the CM/ECF system. I e-mailed a copy of the filed Notice of Voluntary Dismissal to Defense Counsel.

By: /s/ Shireen Hormozdi
Shireen Hormozdi