UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MARGARET ANDERSON

    VS                                        CASE NO.  5:19-CV-152-MCR-MJF

GC SERVICES, LIMITED
PARTNERSHIP

**CLERK'S DISMISSAL**

Upon NOTICE OF VOLUNTARY DISMISSAL filed herein, pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, it is

ORDERED AND ADJUDGED that the foregoing entitled cause be, and the same hereby is, dismissed.

                                               Jessica J. Lyublanovits
                                               Clerk of Court

July 29, 2019                       s/ A'Donna Bridges
DATE                                   Deputy Clerk